**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2328**

ERIC ALAN SANDERS,

Plaintiff - Appellant,

v.

LOWE'S HOME CENTERS, LLC,

Defendant - Appellee,

and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, of Charlotte, NC; JOHN HAYWARD; MIKE CALZAREETA; DOUG FORD; RAYVON IRBY,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  J. Michelle Childs, District Judge.  (0:15-cv-02313-JMC)

Submitted:  April 4, 2019                                      Decided:  April 8, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Alan Sanders, Appellant Pro Se.  Celeste T. Jones, William Grayson Lambert, Richard James Morgan, BURR & FORMAN, LLP, Columbia, South Carolina, for

Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders appeals the district court's order denying his postjudgment motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Sanders v. Lowe's Home Ctrs., LLC*, No. 0:15-cv-02313-JMC (D.S.C. Oct. 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*